**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JASON T. KOO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNUM GROUP; PROVIDENT LIFE AND ACCIDENT COMPANY; and DOES 1-10, inclusive,,<br><br>        Defendant. | Case No. 2:25-cv-05797-JFW-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  MARCH 30 , 2026

_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-